FILED

10/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0041

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-041

STATE OF MONTANA,

       Plaintiff and Appellee,

  v.

JAMES MICHAEL PARKER,

       Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, there being no objection from the State, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 27, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 17 2022